JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 --  In re Energy Systems Equipment Leasing Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/02/20 | 1 | MOTION, BRIEF, SCHEDULE, APPEARANCE, CERT. OF SERVICE, EXHIBITS -- defendants Zayle Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS; SUGGESTED TRANSFEREE JUDGE: NICHOLAS J. BUA  (cds) |
| 85/02/25 | 2 | RESPONSE -- plaintiffs Bruce E. Kahler, William E. Waites and Richard G. Pinkett -- w/cert. of service  (cds) |
| 85/02/26 | 3 | REQUEST FOR EXTENSION OF TIME -- Duoco, Inc., et al. -- GRANTED TO AND INCLUDING 3/20/85 -- Notified involved counsel (cds) |
| 85/03/04 |  | APPEARANCES -- FAY CLAYTON, ESQ. for William E. Waites, et al.; STEPHEN C. WHICKER, ESQ. for Duco, Inc., et al.; DAVID C. MCLAUCHLAN, ESQ. for Zayle Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush; DANIEL S. REINHARDT, ESQ. for Larry Kars; DAVID E. SHAPIRO, ESQ. for Miken Controls, Inc.; JUDY L. SMITH, ESQ. for Minuteman Energy Management Service, Inc.; TOM P. MONTEVERDE, ESQ. for Weatherman Energy Managemant Service, Inc., Weatherman Controls, Inc. and Lee Tobin; MARJORIE LANDA, ESQ. for OEC Leasing Corp., William Medina, Kenneth Carstow and John Oster.(ds) |
| 85/03/04 | 4 | REQUEST FOR EXTENSION OF TIME -- deft. Larry Kars -- GRANTED TO & INCLUDING 3/20/85 to deft. Larry Kars -- Notified involved counsel.  (ds) |
| 85/03/05 | 5 | REQUEST FOR EXTENSION OF TIME -- OEC Leasing Corp., William Medina, Kenneth Carsto and John Oster -- GRANTED TO AND INCLUDING MARCH 30, 1985  (cds) |
| 85/03/06 |  | APPEARANCES -- FRANCIS J. HIGGINS, ESQ. for Touche Ross & Co. and Thomas P. Flanagan; LAWRENCE S. FELD, ESQ. for OEC Leasing Corp., William Medina, Kenneth Carsto and John Oster; HARRY P. MANESIS, ESQ. for Enersonics, Inc., Leonard Friedman and Sheldon Barr; DENNIS J. HORAN, ESQ. for Spierer, Woodward & Holguin.  (ds) |
| 85/03/07 | 6 | RESPONSE -- Weatherman Energy Management Service, Inc., Weatherman Controls, Inc. and Lee Tobin w/cert. of svc.  (ds) |
| 85/03/08 | 7 | RESPONSE/MOTION TO DEFER/MEMORANDUM -- defts. Touche Ross & Co. and Thomas P. Flanagan w/cert. of svc.  (ds) |
| 85/03/08 | 8 | REQUEST FOR EXTENSION OF TIME -- pltfs. Donald Simlar, et al. -- GRANTED to and including March 20, 1985.  Notified involved counsel.  (ds) |
| 85/03/08 |  | APPEARANCE -- RONALD J. CLARK, ESQ. for Donald Simlar, et al.  (ds) |
| 85/03/15 | 9 | RESPONSE -- Spierer, Woodward & Holguin w/cert. of svc.  (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET No.   637 -- In re Energy Systems Equipment Leasing Securities Litigation

| Date | Pld. | Pleading Description |
|------|------|---------------------|
| 85/03/18 | | APPEARANCE -- DANIEL J. O'CONNOR, ESQ. for STuart H. Becker & Co.  (ds) |
| 85/03/19 | 10 | RESPONSE/MEMORANDUM -- deft. Larry Kars w/cert. of svc.  (ds) |
| 85/03/22 | 11 | RESPONSE/MEMORANDUM -- pltfs. Duco, et al. w/cert. of svc. (ds) |
| 85/03/25 | 12 | RESPONSE -- pltfs. Simlar, et al. w/cert. of svc.  (ds) |
| 85/03/28 | 13 | MEMORANDUM -- defts. Zayle A. Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush w/cert. of svc.  (ds) |
| 85/03/29 | 14 | REPLY -- Touche Ross & Co. and Thomas P. Flanagan w/cert. of svc.  (ds) |
| 85/04/01 | 15 | RESPONSE -- Deft. OEC Leasing Corp., William Medina, Kenneth Carsto and John Oster -- w/cert. of svc. (rh) |
| 85/04/02 | 16 | LETTER -- (with copy of order from Judge Bua Dated March 28, 1985) -- Deft.  Touche Ross & Co. and Thomas P. Flanagan -- w/cert. of svc.  (rh) |
| 85/04/ 12 | | HEARING ORDER      -- Setting motion to tranfer of A-2 and A-3 for Panel hearing on May 16, 1985, in Wash., D.C. (ds) |
| 85/05/10 | 17 | AMENDED MOTION (motion for tag-along under rule 9) defts. Zayle Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush -- Horn, et al. v. OEC Leasing Corp., et al., S.D. Ohio, C.A. No. C2-85-583; Kahler v. First Energy Leasing Corp., et al., E.D. New York, C.A. No. CV-85-1318; Berlage, et al., v. OEC Leasing Corp., W.D. Michigan, C.A. No. 84-467 -- w/cert. of svc. (rh) |
| 85/05/16 | | HEARING APPEARANCES:  DAVID McLAUGHLIN, ESQ. for Zayle Bernstein, etc.; KAREN STERNBERG, ESQ. for Wm. Waites, et al.; JULIAN CAMPBELL, JR., ESQ. FOR Spierer, Woodward & Holguin; FRANCIS HIGGINS, ESQ. for Touche Ross & Co.; MICHAEL E. SCULLIN, ESQ. for Weatherman Energy Management System, Inc. and Weatherman Controls, Inc. and Lee Tobin; LAUREN L. BECKER, ESQ. for Duco, Inc., et al.; WILLIAM WITHROW, JR., ESQ. or DANIEL S. REINHARDT, ESQ. for Larry Kars  (cds) |
| 85/05/16 | | WAIVER OF ORAL ARGUMENT:  Vanguard Energy Conservation Products, Inc. (cds) |

JPML FORM 1A

*p.3*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 -- In re Energy Systems Equipment Leasing Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/05/22 | | APPEARANCE -- KENNETH N. MILLER, ESQ. for Franklin New Energy Corp. and Frank Giuffrida (rh) |
| 85/05/24 | 18 | RESPONSE -- Pltf. Duco, Inc. et al. -- w/cert. of svc. (rh) |
| 85/05/24 | 19 | MEMORANDUM -- pltf. Stephen M. Horn, et al. -- w/cert. of svc. (rh) |
| 85/05/30 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Leonard D. Wexler pursuant to 28 U.S.C. §1407 (emh) |
| 85/05/30 | | TRANSFER ORDER -- transferring litigation (A-2 & A-3) to E.D. New York pursuant to 28 U.S.C. §1407 -- Notified involved counsel, recipients, judges and clerks (emh) |
| 85/06/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-4 Donald J. Berlage, et al. v. OEC Leasing Corp., et al., W.D. Michigan, C.A. N o. G84-467-CA-5 and B-5 Stephen M. Horn, et al. v. OEC Leasing Corp., et al., S.D. Ohio, C.A. No. C-2-85-0583 -- Notified involved counsel and judges (rh) |
| 85/06/05 | | WITHDRAWAL AS COUNSEL (filed with appearances) -- Lawrence S. Feld (cds) |
| 85/06/18 | 20 | NOTICE OF OPPOSITION -- B-5 Stephen M. Horn, et al.v. OEC Leasing Corp., et al., S.D. Ohio, C.A. No. C2-85-583 -- filed by pltfs. Stephen M. Horn, et al. -- Notified involved counsel and judges. (ds) |
| 85/06/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-4 Donald J. Berlage, et al. v. OEC Leasing Corp., et al., W.D. Michigan, C.A. No. G-84-467-CA-5.  Notified involved clerks and judges. (ds) |
| 85/07/03 | 21 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (B-5) Stephen M. Horn, et al. v. OEC Leasing Corp., et al., S.D. Ohio, #C-2-85-0583 -- pltf. Horn -- w/cert. of service (cds) |

JPML FORM 1A

p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 -- In re Energy Systems Equipment Leasing Securities Litigation

| Date | Doc. | Pleading Description |
|------|------|----------------------|
| 85/08/08 | 22 | RESPONSE -- (to pldg. # 21) Zayle A. Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush -- w/cert. of svc. (rh) |
| 85/08/16 | | HEARING ORDER -- Setting opposition to transfer of B-5 for Panel hearing in Indianapolis, Indiana on September 19, 1985 (rh) |
| 85/09/18 | | HEARING APPEARANCES:  LEISA J. HAMM, ESQ. for Zayle A. Bernstein & Bernstein, Bernstein, Bernstein, Stein and Rush (rh) |
| 85/09/18 | | WAIVER OR ORAL ARGUMENT:  M-Square, Inc., Stephen Horn, et al., Weatherman Controls, Inc., Weatherman Energy Management Service, Inc., Lee Tobin, Vanguard Energy Conservation Products, Inc. (rh) |
| 85/09/25 | | TRANSFER ORDER -- Transferring B-5  Stephen M. Horn, et al. v. OEC Leasing Corp., et al., S.D. Ohio, C.A. No. C-2-85-0583 to the S.D. New York pursuant to 28 U.S.C. §1407 -- Notified involved counsel, clerks, misc. recipients and judges (rh) |
| 85/10/02 | | APPEARANCE:  Michael E. Maundrell, Esq. for Grossman & Flask, P.C. and Robert D. Grossman, Esq.  (cds) |
| 86/11/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-9 David Bonin v. Bonin & Company, Inc., N.D. Ohio, C.A. No. C86-467A and B-10 Mary Teresa Bonin v. Bonin & Company, Inc., N.D. Ohio, C.A. No. C86-468A -- Notified involved counsel and judges (rh) |
| 86/11/24 | 23 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- B-9 David Bonin v. Bonin & Co., Inc., et al., N.D. Ohio, #C86-467A; and B-10 Mary Teresa Bonin v. Bonin & Co., Inc., et al., N.D. Ohio, #C86-468A -- pltfs. David Bonin and Mary Teresa Bonin -- w/cert. of service (cds) |
| 86/12/09 | 24 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- B-9 David Bonin v. Bonin & Co., Inc., et al., N.D. Ohio, C.A. No. C86-467A and B-10 Mary Teresa Bonin v. Bonin & Co., Inc., et al., N.D. Ohio, C.A. No. C86-468A -- FILED BY pltfs. David Bonin and Mary Teresa Bonin -- w/cert. of svc. (rh) |
| 86/12/19 | | HEARING ORDER -- setting oppositions to transfer of (B-9) David Bonin and (B-10) Mary Teresa Bonin for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |

JPML FORM 1A                                                    P. 5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

637 --- IN RE ENERGY SYSTEMS EQUIPMENT LEASING SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/06 | 25 | MEMORANDUM -- Defts. International Financial Resources & Thomas F. Brown -- W/cert. of Svc.  (paa) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 1/29/87) All Waived (rh) |
| 87/02/04 | | TRANSFER ORDER (lifting stay) -- B-9 and B-10 -- Notified involved judges, clerks and counsel  (cds) |
| 87/06/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Richard Beutelschies, et al. v. Weatherman Energy Management Services, Inc., et al., S.D. Florida, C.A. No. 87-8201-CV-WJZ -- Notified involved counsel and judges (rh) |
| 87/07/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Richard Beutelschies, et al. v. Weatherman Energy Management Service, Inc., et al., S.D. Florida, C.A. No. 87-8201-Civ-ZLOCH -- Notified invovled judges and clerks  (cds) |
| 89/06/12 | 26 | SUGGESTION FOR REMAND -- B-5 Stephen M. Horn, et al. v. O.E.C. Leasing Corp., et al., E.D. N.Y., C.A. No. 85-3692 (S.D. Ohio, C.A. No. C2-85-583) -- Signed by Judge Leonard D. Wexler in S.D. N.Y. (rh) |
| 89/06/12 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-5 Stephen M. Horn, et al. v. O.E.C. Leasing Corp., et al., E.D. N.Y., C.A. No. 85-3692 (S.D. Ohio, C.A. No. C2-85-583) -- Notified involved judges and counsel (rh) |
| 89/06/28 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-5 Stephen M. Horn, et al. v. O.E.C. Leasing Corp., et al., E.D. New York, C.A. No. 85-3692 (S.D. Ohio, C.A. No. C2-85-583) -- Notified involved judge and clerks (rh) |
| 89/08/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-13 Michael Alexander, et al. v. MI Ken Controls, Inc., et al., S.D. Florida, C.A. No. 89-6507-CIV-WMH -- Notified involved counsel and judges (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/08/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-13 Michael Alexander, et al. v. MI Ken Controls, Inc., et al., S.D. Florida, C.A. No. 89-6507-CIV-WMH -- Notified involved clerks and judges.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 637 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Energy Systems Equipment Leasing Securities Litigation

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 16, 1985 | 5/30/85 | TO | Unpublished | E.D. New York *207* | Hon. Leonard D. Wexler | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

E.D. New York
Judge Leonard D. Wexler

DOCKET NO. __637__ -- _In re Energy Systems Equipment Leasing Securities Litigation_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William E. Waites, et al. v. First Energy Leasing Corp., et al. | ~~N.D.Ill.~~ *n.y.E* *Wexler* | ~~84 C 10257~~ *CV85-1316* | | | *Consol. 4/10/90D | A-1 to to n.y.E 3/24/85 |
| A-2 | Donald Simlar, et al. v. First Energy Leasing Corp., et al. | W.D.Mich. Enslen | G84-1267CA | 5/30/85 | 85-2170 | *Consol. 4/10/90D | 1404 TR to ENY- 6/88 |
| A-3 | Duco, Inc., et al. v. OEC Leasing Corp., et al. | N.D.Ga. Freeman | C84-2447A | 5/30/85 | 85-2171 | 4/10/90D | |
| B-4 | Donald J. Berlage, et al. v. OEC Leasing Corporation, et al. 6/4-85 _July 10 1985 — 3 TR / 1 XYZ / 4_ | W.D.Mich. Enslen _Pendig_ | G84-467-CA-5 | 6/20/85 | 85-2387 | *Consol. 4/10/90D | 1404 TR tg E.NY-4/88 |
| B-5 | Stephen M. Horn, et al. v. OEC Leasing Corporation, et al. 64-85 _opposed 6/18/85_ | S.D.Ohio Kinneary | C-2-85-0583 | 7-25-85 | 85-3692 | 6-28-8? | |
| XYZ-6 | Bruce E. Kahler v. First Energy Leasing Corp., et al. | E.D.N.Y. Wexler | CV85-1318 | | | 4/10/90D *Consol. | |
| XYZ-7 | United States of America v. First Energy Leasing Corp., et ano. | E.D.N.Y. | 85-3257 | --- | --- | 11/18/85D | |
| XYZ-8 | Anthony Falcone, et al. v. OEC Leasing Corp., et al. _July 1986 - 1 TR/3 XYZ 8 Pdg._ | E.D.N.Y. | 85-2282 | | | 4/10/90D *Consol. | |
| B-9 | David Bonin v. Bonin & Company, Inc., et al. 11-7-86 _opposed 11/24/86_ | N.D.Ohio Lambros | C86-467A | 2/4/87 | CV87-497 | 4/10/90D | |
| B-10 | Mary Teresa Bonin v. Bonin & Company Inc., et al. 11-7-86 _opposed 11/24/86_ | N.D.Ohio Lambros | C86-468A | 2/4/87 | CV87-498 | 4/10/90D | |

\* Consolidated b/open A-1, 2 & 6  and B-4 & XYZ-8 (for trial)-11/3/88 See 1989 stats.

DOCKET NO. __637__ -- __In re Energy Systems Equipment Leasing Securities Litigation__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Christopher H. Crock, et al. v. OEC Leasing Corp., et al. _July 1987-2 TR/1 XYZ/11 Pending_ | E.D.N.Y. | 86-2255 | | | 4/10/90 | Trans. to E.N.Y. not by Panel |
| B-12 | Richard Beutelschies, et al. v. Weatherman Energy Management, et al. _6-17-87_ _July 1988- 1 TR/2 Dis /10 Pdg._ _July 1989- Same_ | S.D.Fla. Zloch | 87-8201-CV-WJZ | 7/7/87 | CV87-2378 | 4/10/90 D | |
| C-13 | Michael Alexander, et al. v. MI Ken Controls, Inc., et al. _8-2-89_ _July 1990 - 1 TR/10 Dis /1 Pending_ _July 1991 - Closed_ | Fla.,S. Hoeveler | 89-6507-CIV-WMH | 8/18/89 | CV-89-2774 | 6/18/90 D | |

JPML Form 4

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 -- In re Energy Systems Equpment Leasing Securities Litigation

Revised March 4, 1987

---

WILLIAM E. WAITES, ET AL. (A-1)
Fay Clayton, Esquire
Sachbiff, Weaver & Ruberstein
30 South Wacker Drive
29th Floor
Chicago, Illinois  60606

DUCO, INC., ET AL. (A-3)
Stephen C. Whicker, Esquire
Somers & Altenbach
400 Perimeter Center Terrace, N.E.
Suite 900
Atlanta, Georgia  30346

ZAYLE BERNSTEIN & BERNSTEIN, BERNSTEIN,
  BERNSTEIN, STEIN & RUSH
David C. McLauchlan, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, Illinois  60603

LARRY KARS
Richard O. Weurth, Esquire
155 E. Broad Street
16th Floor
Columbus, Ohio  43215

MIKEN CONTROLS, INC.
David E. Shapiro, Esquire
3100 Lewis Tower Building
15th & Locust Streets
Philadelphia, Pennsylvania  19102

ARCHIBLAD BRAUNFELD (No App. Rec'd)
SAXON ENERGY CORP. (No App. Rec'd)
21 East 40th Street
New York, New York  10016

*Mail Returned*

WILLIAM L. ECKARD
William L. Eckard, Pro se
1164 East Oakland Park Blvd.
Fort Lauderdale, Florida  33313

*Cou returned*

M SQUARE, INC. (No App. Rec'd)
Michael E. Jackson, Esquire
Crenshaw & Crenshaw, P.A.
1645 P B Lakes Blvd. #700
West Palm Beach, Florida  33401-2219

RAF CORP.
Joe Rao, Esquire
R.A.O. Electric Company
915 West 15th Street
Riviera Beach, Florida  33404

ALLSTATE SERVICE CO.  d/b/a Allboro
Energy Control Corp. (No App. Rec'd)
Robert Cleary, Esquire
26 Bushwick Avenue
Brooklyn, New York  11221

ENERPAK (No App. Rec'd)
64 Division
Levittown, New York  11756

DODGE ELECTRIC  (No App. Rec'd)
Donald L. Conn, Esquire
Conn, Austin, Conn & Senior
U.S. Trust Company Building
331 Montvale Avenue, Ste. 601
Woburn, Massachusetts  01981

NILES EMS  (No App. Rec'd)
Mr. James Keeling
1125 Jackling Drive
Hillsborough, California  94011

*Returned*

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 637   --   _____

SPIERER, WOODWARD & HOLGUIN
Dennis J. Horan, Esquire
Hinshaw, Culbertson, Moelmann,
   Hoban & Fuller
69 W. Washington Street
Suite 2700
Chicago, Illinois  60602

STUART H. BECKER & CO.
Daniel J. O'Connor, Esquire
130 E. Randolph Drive
Chicago, Illinois  60602

OEC LEASING CORPORATION
WILLIAM MEDINA
MR. KENNETH CARSTO
   c/o OEC LESING CORP.
Post Office Drawer A-Q
Port Jefferson Station, NY  11776

Mr. John Oster
Two Ruxton Road
Miller Place, New York  11764

ROBERT J. CLEARY (No. App. Rec'd) cpr'
18 Sprucewood put
Levittown, New York  11756

GEORGE LEMONIDES (No. App. Rec'd)
11 Grand Avenue
New York, New York  10013

NICHOLAS ARTEC (No App. Rec'd)
c/o A.F. Hinrichson
114 E. 32nd Street
New York, New York  10016

ESTELLE CLEARY
ROBERT CLEARY
Michael T. Sullivan, Esquire
Gallagher & Sullivan
The Chancery, 190 Willis Ave.
Mineola, New York  11501

EVERSONICS, INC.
LEONARD FRIEDMAN
SHELDON BARR
Harry P. Manesis, Esquire
370 Seventh Avenue
New York, New York  10001

ERIC HANANEL (No App. Rec'd)
TOUCHE ROSS & CO.
THOMAS P. FLANAGAN
Francis J. Higgins, Esquire
Bell, Boyd & Lloyd
Three First Natinal Plaza
70 West Madison Street, Suite 3200
Chicago, Illinois  60602

DONALD SIMLAR, ET AL. (A-2)
Ronald J. Clark, Esquire
Mika, Meyers, Beckett & Jones
500 Frey Building
Grand Rapids, Michigan  49503
corr. returned

VANGUARD ENERGY CONSERVATION
   PRODUCTS, INC.  (No App. Rec'd)
1164 East Oakland Park Blvd.
3rd Floor
Fort Lauderdale, Florida  33313
corr returned

ECKARD ENGINEERING, INC. (No App. Rec'd)
1164 East Oakland Park Blvd.
2nd Floor
Fort Lauderdale, Florida  33313
corr returned

FLUOR ENGINEERS, CORP. (Deft. in B-4)
David W. Mckeague, Esquire
Foster, Swift, Collins & Coey
313 South Washington Square
Lansing, Michigan  48933

JPML FORM 2A -- Continuation

Counsel of Record -- p. __3__

DOCKET NO. __637__ --

---

DONALD J. BERLAGE, ET AL. (B-4)
Andreas F, Zybell, Esquire
240 N. Hagadorn
East Lansing, Michigan  48823

DAY & ZIMMERMAN (Deft, in B-4)
Richard J. Aaron, Esquire
Loomis, Ewert, Ederer, Parsley,
   Davis & Gotting
1200 Bank of Lansing Bldg.
Lansing, Michigan  48933

VIRON CORP.  (Deft. in B-4)
James L. Wernstrom, Esquire
Law, Weathers & Richardson
500 Union Bank Building
Grand Rapids, Michigan  49503

NICHOLAS ARTECA, INC. (Deft. in B-5)
~~Lawrence Bunin, Esquire~~
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 270
Hollywood, Florida  33021

STEPHEN M. HORN (B-5) (OPPOSED)
Eugene L. Matan, Esquire  6/19/85)
Matan & Smith  *remanded*
261 South Front Street
Columbus, Ohio  43215

GROSSMAN & FLASK, P.C.
ROBERT D. GROSSMAN, JR. (Defts. in B-5)
Michael E. Maundrell, Esquire
Rendigs, Fry, Kiely & Dennis
900 Central Trust Tower
Cincinnati, Ohio  45202

DAVID BONIN  (B-9)
MARY TERESA BONIN  (B-10)
James S. Aussem, Esquire
Todd G. Jackson, Esquire
Seely, Savidge & Aussem
1940 East Sixth St., Suite 880
Cleveland, Ohio  44114

*αββοτ*
*11/24/86*

THOMAS F. BROWN
INTERNATIONAL FINANCIAL RESOURCES
Nancy L. Sponseller, Esq.
Sponseller & Segel
94 N High Street
Dublin, OH   43017-1110

Unable to determine counsel or address
for following defts.:

BONIN & CO., INC.
~~NEIL CHAPMAN~~ B-12
CONTROL TECHNOLOGY, INC.
~~DAVERMAN ASSOCIATES, INC./SP GROUP~~ B-12
~~DELCOR, INC.~~ B-12
~~DELTA TECHNIQUES~~ B-12
MICHAEL ENDEN
ENERGY MINDER CORP.
FIRST PART ESQUITIES
~~FRANKLIN NEW ENERGY CORP.~~ B-12
~~FRANK GIUFFRIDA~~ B-12
~~JABCO FINANCIAL SERVICES, INC.~~
~~JOHN BONIN & ASSOCIATES, INC.~~
NORRIS LOUVIERE
~~MERRIMAN TAX SERVICES, INC.~~
MINUTEMAN ENERGY MANAGEMENT SERVICE, INC.
WINFIELD SCOTT

7

JPML FORM 2A -- Continuation

Counsel of Record -- p. _4_

DOCKET NO. _637_-- _____

Jabco Financial Services, Inc.
~~1653~~ Merriman Road
Suite 110
Akron, OH  44313

Merriman Tax Services, Inc.
~~1653~~ Merriman Road
Suite 110
Akron, OH  44313

John Bonin & Associates
Bonin & Company, Inc.
181 Sooy Road
Akron, OH  44313-2615

CONTROL TECHNOLOGY, INC.
3000 Hempstead Turnpike
Levittown, New York  11756

NICHOLAS ARTECA, P.E.
152 East Oxford Street
Valley Stream, New York  11580

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _5_

DOCKET NO. _637_ -- _____

---

RICHARD BEUTELSCHIES, ET AL. (B-12)
Leo Greenfield, Esquire
Greenfield & Duval
1680 N.E. 135th St.
North Miami, Fla. 33181


WEATHERMAN ENERGY MANAGEMENT SERVICES
  INC.
LEE TOBIN (Defts.B-12)

William Humphries, Esquire
Alston & Bird
1200 Citizen Southern National
  Bank Bldg.
Atlanta, GA 30335

U & ME TRANSFER, INC. (Deft. B-12)
2626 Electronic Way
West Palm Beach, FL

FIRST ENERGY LEASING CORP. (Deft. B-12)
222 Middle Country Road           *Corr.*
Smithtown, New York 11787          *ret.*

FRANK GIUFFRIDA (Deft. B-12)
Vincent L. Ditommaso, Esquire
Washlow, Chertow & Miller    *corr ret*
30 North LaSalle Street
Chicago, IL 60602

JAMES MARCI (Deft. B-12)      *Corr.*
c/o First Energy Leasing Corp.  *ret.*
222 Middle Country Road
Smithtown, New York 11787

VIRGINIA MARCI (Deft. B-12)   *Corr.*
c/o First Energy Leasing Corp.  *ret.*
222 Middle Country Road
Smithtown, New York 11787

NEIL CHAPMAN (Deft. B-12)
c/o Eckard Engineering, Inc.   *Returned*
1164 East Oakland Park Blvd. 3d Fl
Ft. Lauderdale, FL 33313

FRANKLIN NEW ENGERY CORP. (Deft. B-12)
Kenneth N. Miller, Esquire
Cooper, Cohen, Singer, Ecker &
  Shainswitt
New York, New York 10022

---

ENERGY SAVINGS SYSTEMS, INC. (Deft. B-12)
John Keeling, Esquire         *Corr.*
1125 Jackling Drive           *ret.*
Hillsborough, CA 90410

PRECISION FINISHING CO. (Deft. B-12)
2108 NW 55 Court
Ft. Lauderdale, FL 33309

DAVERMAN ASSOCIATES, INC. (Deft. B-12)
Thomas A. Leghorn, Esquire
Wilson, Elser, Edelman & Dicker
420 Lexington Ave.
New York, New York 10170

DELTA TECHNIQUES (Deft. B-12)
12000 Industrial Park
Cumberland, MD 21502

ULTRA TECHNIQUE, INC.
1164 E Oakland Park Blvd.        *Corr Ret.*
Ft. Lauderdale, FL 33813

DELCOR, INC (Deft. B-12)          *corr ret.*
Arch Fisher, Esquire
2216 N. 20th Street
Hollywood, FL 33022



UNABLE TO DETERMINE COUNSEL
OR ADDRESS OF THE FOLLOWING
B-12 DEFENDANTS

JEROME A. CADDEN
LEE ROSENBERG
MARK WILLIAMS
ECON ENTERPRISES, INC.
JOHN DE RAFFELE
FIRST AMERICAN CAPITAL CORP.
CONTROL TECHNOLOGY, INC.
MIKE LOGAN
KEN GARRETT
MINUTEMAN
DELAWARE VALLEY ENERGY MANAGEMENT SYSTEMS
ENERGY MINDER
IRWIN BERMAN

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ____6____

DOCKET NO. ___637___ -- ___In re Energy Systems Equipment Leasing Securities Litigation___

MICHAEL ALEXANDER, ET AL. (C-13)
Leo Greenfield, Esq.
Greenfield & Duval
(Same as B-12)

JPML FORM 3

### COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _637_ -- _In re Energy Systems Equipment Leasing Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| First Energy Leasing Corp. | A-1, 2, B-12, C-13 |
| O.E.C. Leasing Corp. | A-1, 3, B-4, B-5 - B-9; B-10; B-12; C-13 |
| Saxon Energy Corp. | A-1, B-12 C-13 |
| Encon Enterprises, Inc. | A-1, 2, B-12 C-13 |
| First American Capital Corp. | A-1, B-12, C-13 |
| Franklin New Energy Corp. | A-1, B-4, B-5, B-12, C-13 |
| Enersonics, Inc. | A-1, B-12, C-13 |
| Control Technology, Inc. | A-1, 2, 3, B-5, B-12 C-13 |
| Energy Minder Corp. | A-1, B-12 C-13 |
| Vanguard Energy Conservation Products, Inc. | A-1, 2, B-12 C-13 |
| Eckard Engineering, Inc. | A-1, 2, B-12, C-13 |

p. _2_

| | |
|---|---|
| M Square Inc. | A-1, B-12  C-13 |
| RAF Corp. | A-1, B-12, 12,  C-13 |
| Delcor Inc. | A-1, B-12  C-13 |
| Delta Techniques | A-1, B-12  C-13 |
| Delaware Valley Energy Management Systems | A-1, B-12  C-13 |
| Precision Finishing  Same as Precision Finishing | A-1, B-12  C-13 |
| Weatherman Energy Management Service, Inc. | A-1, 2 , B-4, B-12, |
| ALLSTATE SERVICE CO. d/b/a Allboro Energy Control Corp. | A-1, B-12  C-13 |
| Miken Controls, Inc. | A-1, B-12, C-13 |
| Enerpak | A-1, B-12, C-13 |
| Dodge Electric | A-1, B-12, |

p. 3

| | |
|---|---|
| Energy Savings System, Inc. | A-1, B-12, C-13 |
| Precision ~~Company~~ Co. (marketing) | A-1   C-13 |
| Niles Ems | A-1, B-12, C-13 |
| Minuteman | A-1, B-12, C-13 |
| Spierer, Woodward & Holguin | A-1, B-12 C-13 |
| Bernstein, Bernstein, Bernstein, Stein & Rush | A-1, 3, 5, B-12, C-13 |
| Touche Ross & Co. | A-1, 2, B-12, C-13 |
| Stuart H. Becker & Co. | A-1, 2, B-12 C-13 |
| James Marci (pres. First Energy Leasing Corp) | A-1, 2, B-12, C-13 |
| Jerome A. Cadden | A-1, B-12, C-13 |
| Lee Rosenberg | A-1, B-12, C-13 |

JPML FORM 3

P. 4

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 -- In re Energy Systems Equipment Leasing Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mark Williams | A-1, B-12, C-13 |
| William Medina | A-1, 3, B-4, B-5, B-12, C-13 |
| Kenneth Carstow | A-1, B-12, C-13 |
| John Oster | A-1 B-12, C-13 |
| Archibald Braunfeld | A-1 B-12, C-13 |
| Leo Tobin | A-1, 2, 3, B-4, B-12, |
| John DeRaffele | A-1, 2, B-12 C-13 |
| Virginia Marci | A-1, B-12 C-13 |
| Irwin Berman | A-1, 2, B-12 C-13 |
| Estelle Cleary | A-1 B-12 C-13 |
| Frank Giaffreda | A-1, B-4, B-12, |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 637 -- In re Energy Systems Equipment Leasing Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Leonard Friedman | A-1, B-12, C-13 |
| Sheldon Barr | A-1, B-12, C-13 |
| Zayle Bernstein | A-1, 2, 3, B-5, B-12, C-13 |
| William Eckard | A-1, 2, B-12, C-13 |
| Neil Chapman | A-1, B-12 C-13 |
| Robert Cleary | A-1, 2, 3, B-5, B-15 C-13 |
| Winfield Scott | A-1 |
| Norris Louviere | A-1 |
| Eric Hananel | A-1, B-12, C-13 |
| Thomas P. Flanagan, on behalf of a class of all partners in TOUCHE ROSS & COMPANY | A-1, B-12, C-13 |
| Daverman Associates Inc./SP Group | A-2, B-12 |

| | |
|---|---|
| George Lemonides | A-3, B-5 |
| Nicholas Arteca | A-3, B-5 |
| Weatherman Controls, Inc. | A-3 |
| Larry Kars | A-3, B-5 |
| Day & Zimmerman, Inc. | B-4 |
| Viron Corp. | B-4 |
| Flour Engineering Corp. | B-4 |
| Michael Enden | B-4, |
| Nicholas Artech, Incorporated | B-5 |
| Grossman & Flask | B-5 |
| Robert D. Grossman, Jr. | B-5 |

JPML FORM 3

p. ___7___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __637__  IN RE ENERGY SYSTEMS EQUIPMENT LEASING SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| BONIN & COMPANY, INC. | B-9; B-10: _B-12_, |
| JABCO FINANCIAL SERVICES, INC. | B-9; B-10; _B-12_, |
| MERRIMAN TAX SERVICES, INC. | B-9; B-10: _B-12_, |
| JOHN A. BONIN, & ASSOCIATES INC., d/b/a Merriman Tax Services Inc. | B-9; B-10: _B-12_ |
| JOHN A. BONIN, & ASSOCIATES INC.,d/b/a/ BONIN & CO.,INC d/b/a Jabco Financial Svc. Inc. | B-9; B-10; _B-12_, |
| FIRST PARK EQUITIES | B-9; B-10; |
| INTERNATIONAL FINANCIAL RESOURCES | B-9; B-10; |
| THOMAS F. BROWN | B-9; B-10; |
| ULTRA-TECHNIQUE, INC. D/B/A "ENERSERV" | B-12, |
| MIKE LOGAN | B-12, C-13 |
| KEN GARRET | B-12, C-13 |

p. _____

| | |
|---|---|
| Us me Transfer, Inc, B-12 | |
| | C-13 |
| Frank Gioffreda | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |