


MAY 30 1985

DOCKET NO. 637

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ENERGY SYSTEMS EQUIPMENT LEASING SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of three actions, one each pending in the Eastern District of New York,[1] the Western District of Michigan and the Northern District of Georgia.[2] Defendants Zayle A. Bernstein and Bernstein, Bernstein, Bernstein, Stein & Rush move the Panel for an order under 28 U.S.C. §1407 transferring the actions to the Northern District of Illinois. Plaintiffs in the New York and Michigan actions, plaintiffs in two potential tag-along actions and one defendant concur in the motion. Five defendants favor transfer to the Eastern District of New York. Plaintiffs in the Georgia action and five defendants oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The three actions before the Panel involve a common set of securities law issues and facts arising out of the promotion and sale of limited partnership interests in a series of similarly structured limited partnership programs engaged in the leasing of energy conservation equipment. Moreover, two of the three actions are brought on behalf of overlapping classes of purchasers of these limited partnership interests. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

[1] The New York action was commenced in the Northern District of Illinois and was transferred to the Eastern District of New York, pursuant to 28 U.S.C. §1404(a), by Judge Nicholas J. Bua on March 28, 1985.

[2] The Panel has been advised of three additional related actions, one each pending in the Eastern District of New York, the Western District of Michigan and the Southern District of Ohio. These actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

We are persuaded that the Eastern District of New York is the appropriate transferee forum for this litigation. We note that the promoters of the limited partnership programs are headquartered in New York City, many other defendants reside either in the State of New York or in close proximity to New York City, and thus many important witnesses and documents will be found in or near the Eastern District of New York. We further note that 1) the action in the Eastern District of New York contains the most comprehensive allegations of any action before the Panel, and 2) two related governmental actions are presently pending, respectively, in the Eastern District of New York and in New York state court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of New York be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Leonard D. Wexler for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-637 -- In re Energy Systems Equipment Leasing Securities Litigation</u>

    <u>Eastern District of New York</u>

<u>William E. Waites, et al. v. First Energy Leasing Corp., et al., C.A. No. CV85-1316</u>

    <u>Western District of Michigan</u>

<u>Donald Simlar, et al. v. First Energy Leasing Corp., et al., C.A. No. G84-1267CA</u>

    <u>Northern District of Georgia</u>

<u>Duco, Inc., et al. v. OEC Leasing Corp., et al., C.A. No. C84-2447</u>